**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-1456**

—————————

PATRICK G. DAVIS,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee,

and

STATE FARM INSURANCE COMPANY; AUSTIN HOMES;
AMERICAN EXPRESS COMPANY; DAVIDSON UNITED
METHODIST CHURCH,

Respondents.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (MISC-99-4-3-V)

—————————

Submitted: June 21, 2001          Decided: June 28, 2001

—————————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Patrick G. Davis, Appellant Pro Se.  Kenneth L. Greene, Carol Ann
Barthel, Lawrence P. Blaskopf, Christopher J. Kayser, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick G. Davis appeals the district court's order denying the Petitioner's petition to quash summons and motion to quash-attest.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Davis v. United States, No. MISC-99-4-3-V (W.D.N.C. Feb. 7, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED